In re Walbrook Insurance Co. Ltd.; Anglo American Insurance Co.; Capital Insurance Co. Ltd.; Kraft Insurance Co. Ltd.; El Paso Insurance Co. Ltd.; Louisville Insurance Co. Ltd.; Ludgate Insurance Co. Ltd.; Mutual Reinsurance Co. Ltd.; Com-pagnie Europeen.d'Assr.Ind.; C.E. Heath Underwriting & Ins.; General American Fid. & Gty Corp; — Defendant(s); applying for supervisory and/or remedial writs; Parish of Ascension, 23rd Judicial District Court, Div. “C”, No. 41,878; to the Court of Appeal, First Circuit, No. CW90 0472.
Prior report: La.App., 577 So.2d 203.
Denied.